# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 23, 2013

## NO. 03-12-00454-CV

**Tom Jones Homes, Inc., a Texas Corporation, Appellant**

**v.**

**Travis County Appraisal District, Appellee**

### APPEAL FROM 201ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD

**IT APPEARING** to this Court that the appellant has failed to file a brief, and, accordingly, has failed to prosecute the appeal:  **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution.  It **FURTHER** appearing to the Court that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.